UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHMEL CLARK,

                   Plaintiff,

      -against-

LT. JORDAN, et al.

                   Defendants.

1:22-CV-4937 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated July 6, 2022, the Court directed Plaintiff, within 30 days, to complete, sign, and submit an amended *in forma pauperis* ("IFP") application or pay the $402.00 in fees required to file a civil action in this court. That order instructed Plaintiff that, if he filed an amended IFP application, it should address the deficiencies described in that order, and provide all the necessary facts to establish why he is unable to pay the fees to bring this action. That order also specified that failure to comply would result in dismissal of this action.

    Plaintiff has not paid the fees to bring this action. On July 25, 2022, the court received a submission from Plaintiff that is styled as an amended IFP application. (ECF 8.) It does not, however, address the deficiencies discussed in the July 6, 2022, order, other than to state that Plaintiff did not believe that his previous action and the associated settlement "fit any of the options on the forms." (*Id.* at 1.) It also does not provide the necessary facts to establish why Plaintiff is unable to pay the fees to bring this action. Accordingly, because Plaintiff has not provided the information requested in the Court's July 6, 2022, order, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      Judgment shall issue.

SO ORDERED.

Dated:   August 29, 2022
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                Chief United States District Judge